### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DEXTER HART**                                                    **PLAINTIFF**

**v.**                                      **CIVIL ACTION NO. 2:20-cv-178-TBM-MTP**

**SOUTHERN FINANCIAL SYSTEMS, INC.**                               **DEFENDANT**

### ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S
### MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

This matter came before the Court on Defendant's Motion to Dismiss or for Summary Judgment [24] on May 28, 2021. At the hearing conducted in this matter, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions. The Court concluded that the Defendant's Motion to Dismiss or for Summary Judgment should be denied without prejudice.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on May 28, 2021, the Defendant's Motion to Dismiss or for Summary Judgment [24] is DENIED WITHOUT PREJUDICE.

THIS, the 28th day of May, 2021.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE